# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**STARSURGICAL INC.**,
      Plaintiff,

   v.                                  Case No. 10-CV-01156

**APERTA, LLC, et al.**,
      Defendants,

**DIETMAR H. WITTMANN**,
      Defendant / Third-Party Plaintiff,

   v.

**MICHAEL DEUTSCH**,
      Third-Party Defendant.

---

## ORDER

**IT IS ORDERED** that defendants' second motion to seal documents [docket #84] is **GRANTED IN PART** and **DENIED IN PART**. The clerk shall **UNSEAL** exhibits 1-7 to the Declaration of Joseph T. Leone [Docket #88] and exhibits 1-3 to the Declaration of Paul van Deventer [Docket #89], but the following documents shall remain **SEALED**:

1. Defendants' Brief Oposing Starsurgical's Second Motion for Preliminary Injunction [Docket #87]

2. Declaration of Joseph T. Leone [Docket #88]

3. Exhibit 8 to the Declaration of Joseph T. Leone [Docket #88-10]

4. Declaration of Paul van Deventer [Docket #89]

These documents contain either personal, financial information regarding compensation paid to Mr. Deutsch and Dr. Wittman by Starsurgical, Inc., or private financial information

regarding defendant NovoMedicus' anticipated future sales and costs, and the parties have now filed redacted versions of each document.

Dated at Milwaukee, Wisconsin, this 19th day of December, 2011.

s/_____
LYNN ADELMAN
District Judge